## Representation Statement

As required by Circuit Rules 3-2(b) and 12-2, objector-appellant Perryman attaches this Representation Statement to his Mediation Questionnaire, identifying all parties to the action along with the names, addresses, telephone, fax numbers (where available) and emails of their respective counsel:

Objector-appellant Brian Perryman is represented by:

| | |
|---|---|
| Theodore Harold Frank<br>Center for Class Action Fairness<br>1718 M Street NW<br>No 236<br>Washington, DC 20036<br>(703) 203-3848<br>tfrank@gmail.com | Adam E. Schulman<br>Center for Class Action Fairness<br>1718 M Street NW<br>No 236<br>Washington, DC 20036<br>(610)457-0856<br>shuyande24@gmail.com |

Plaintiffs-appellees Bradley Berentson, Deanna Hunt, Gina Bailey, Grant Jenkins, Josue Romero, Kimberly Kenyon, Christopher Dickey, Daniel Cox, Jennifer Lawler, Alissa Herbst, and Jonathan Walter are represented by:

| | |
|---|---|
| Jennie Lee Anderson<br>Andrus Anderson LLP<br>155 Montgomery Street<br>Suite 900<br>San Francisco, CA 94104<br>(415) 986-1400<br>(415) 986-1474 (fax)<br>jennie@andrusanderson.com | Lori Erin Andrus<br>Andrus Anderson LLP<br>155 Montgomery Street, Ste 900<br>San Francisco, CA 94104<br>415-986-1400<br>415-986-1474 (fax)<br>lori@andrusanderson.com |

| | |
|---|---|
| Melissa K. Hutts<br>Baron & Budd PC<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219<br>(214)251-3605<br>(214)520-1181 (fax)<br>mhutts@baronbudd.com | Isam C Khoury<br>Cohelan Khoury & Singer<br>605 C Street<br>Suite 200<br>San Diego, CA 92101<br>(619)595-3001<br>(619)595-3000 (fax)<br>ikhoury@ckslaw.com |
| J. Burton LeBlanc, IV<br>Baron & Budd PC<br>9015 Bluebonnet Boulevard<br>Baton Rouge, LA 70810<br>(225)927-5441<br>(225)927-5449 (fax)<br>bleblanc@baronbudd.com | Alisa Ann Martin<br>Patterson Law Group, LLP<br>402 West Broadway<br>29th Floor<br>San Diego, CA 92101<br>(619) 977-3290<br>(619) 756-6991 (fax)<br>alisa@pattersonlawgroup.com |
| Kimberly Dawn Neilson<br>Cohelan Khoury & Singer<br>605 C Street<br>Suite 200<br>San Diego, CA 92101<br>(619)595-3001<br>kneilson@ckslaw.com | James R Patterson<br>Patterson Law Group, APC<br>402 West Broadway<br>29th Floor<br>San Diego, CA 92101<br>(619)398-4760<br>(619)756-6991 (fax)<br>jim@pattersonlawgroup.com |
| Jay J. Rice<br>Nagel Rice, LLP<br>103 Eisenhower Parkway<br>Suite 103<br>Roseland, NJ 07068<br>(973) 618-0400<br>(973) 618-9194 (fax)<br>jrice@nagelrice.com | Diane E. Sammons<br>Nagel Rice, LLP<br>103 Eisenhower Parkway<br>Suite 103<br>Roseland, NJ 07068<br>(973) 618-0400<br>(973) 618-9194 (fax)<br>dsammons@nagelrice.com |

Case No. 13-55373
REPRRESENTATION STATEMENT

| | |
|---|---|
| Mazin A. Sbaiti<br>Baron & Budd PC<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219<br>(214)521-3605<br>(214)520-1181 (fax)<br>msbaiti@baronbudd.com | Michael D Singer<br>Cohelan Khoury & Singer<br>605 C Street<br>Suite 200<br>San Diego, CA 92101<br>(619)595-3001<br>(619)595-3000 (fax)<br>msinger@ckslaw.com |
| Bruce W. Steckler<br>The Steckler Law Firm<br>12700 Park Central Drive<br>Suite 1900<br>Dallas, TX 75251<br>(972) 387-4040<br>(972)387-4041 (fax)<br>bruce@stecklerlaw.com | Gene J. Stonebarger<br>Stonebarger Law, APC<br>75 Iron Point Circle<br>Suite 145<br>Folsom, CA 95630<br>(916) 235-7140<br>(916) 235-7141 (fax)<br>gstonebarger@stonebargerlaw.com |

Defendant-appellee Provide Commerce, Inc., is represented by:

| | |
|---|---|
| Michelle C Doolin<br>Cooley Godward<br>4401 Eastgate Mall<br>San Diego, CA 92121-1909<br>(858)550-6000<br>(858)550-6420 (fax)<br>mdoolin@cooley.com | Leo P Norton<br>Cooley Godward Kronish LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121-9109<br>(858)550-6083<br>(858)550-6420 (fax)<br>lnorton@cooley.com |
| Michael G Rhodes<br>Cooley Godward Kronish<br>4401 Eastgate Mall<br>San Diego, CA 92121-9109<br>(858)550-6000<br>(858)550-6420 (fax)<br>rhodesmg@cooley.com | |

Case No. 13-55373
REPRRESENTATION STATEMENT

Defendant-appellees Encore Marketing International, Inc., and Regent Group, Inc., are represented by:

| | |
|---|---|
| Myron Milton Cherry<br>Mryon M. Cheery & Associates, LLC<br>30 North LaSalle Street<br>Suite 2300<br>Chicago, IL 60602<br>(312)372-2100<br>(312)853-0279 (fax)<br>mcherry@cherry-law.com | Jacie C. Zolna<br>Myron M. Cherry & Associates, LLC<br>30 North LaSalle Street<br>Suite 2300<br>Chicago, IL 60602<br>(312)372-2100<br>(312)853-0279 (fax)<br>jzolna@cherry-law.com |
| Ethan Thomas Boyer<br>Kirby Noonan Lance and Hoge<br>350 Tenth Avenue<br>Suite 1300<br>San Diego, CA 92101<br>(619)231-8666<br>(619)231-9593 (fax)<br>eboyer@knlh.com | Michael L Kirby<br>Kirby Noonan Lance and Hoge LLP<br>Diamond View Towers<br>350 Tenth Avenue<br>Suite 1300<br>San Diego, CA 92101<br>(619)231-8666<br>(619)231-9593 (fax)<br>mkirby@knlh.com |

## PROOF OF SERVICE

I hereby certify that on March 11, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send a notice of electronic filing to all person registered for ECF as of that date.

I further certify that on March 11, 2013, I caused the following attorney to be served by first-class mail:

| | |
|---|---|
| Michael L Kirby<br>Ethan Thomas Boyer<br>Kirby Noonan Lance and Hoge<br>350 Tenth Avenue<br>Suite 1300<br>San Diego, CA 92101 | Isam C. Khoury<br>Kimberly Dawn Neilson<br>COHELAN KHOURY & SINGER<br>Suite 200<br>605 C Street<br>San Diego, CA 92101-5305 |
| Elliott Louis Pell<br>Jay J. Rice<br>Diane Elizabeth Sammons<br>Nagel Rice LLP<br>Suite 103<br>103 Eisenhower Parkway<br>Roseland, NJ 07068 | Mazin A. Sbaiti<br>BARON & BUDD PC<br>Suite 1100<br>3102 Oak Lawn Avenue<br>Dallas, TX 75219 |
| Bruce W. Steckler<br>The Steckler Law Firm<br>12700 Park Central Drive<br>Suite 1900<br>Dallas, TX 75251 | Jacie C. Zolna<br>Myron M. Cherry & Associates<br>Suite 2300<br>30 N. La Salle Street<br>Chicago, IL 60602 |

/s/ *Theodore H. Frank*
Theodore H. Frank